AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

## UNITED STATES DISTRICT COURT
### for the
Southern District of New York

RECEIPT # _111800_
AMOUNT: $ 52.00
MAY 15 2024
_In Isaac_
CASHIER'S SIGNATURE

| | | |
|---|---|---|
| New Concept Energy, Inc., | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No. 18-cv-8896 |
| Guy Gentile, et. al. | ) | Misc.# 24-186 GMM |
| _Defendant_ | ) | |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on (date) ___March 20, 2024___ .

~~I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.~~ The Judgment may be registered for good cause shown per 28 U.S.C. §1963.

SO ORDERED: _____
DENISE COTE
United States District Judge

Date: ___May 07, 2024___

5/6/2024

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_

| Print | Save As... | | Reset |
|---|---|---|---|

RECEIVED CASHIER

CLERK'S OFFICE USDC PR

2024 MAY 15 PM 3:26