Generated: May 15, 2024 2:33PM                                                                 Page 1/1



## U.S. District Court

United States District Court

Receipt Date: May 15, 2024 2:33PM

MIRIAM TAUBER LAW PLLC  
885 PARK AVE  
APT 2A  
NEW YORK, NY 10075

Rcpt. No: 111800              Trans. Date: May 15, 2024 2:33PM              Cashier ID: #RI

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 205 | Miscellaneous Filing Fees | | 1 | 52.00 | 52.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #264 | 05/9/2024 | | $52.00 |

Total Due Prior to Payment: $52.00  
Total Tendered: $52.00  
Total Cash Received: $0.00  
Cash Change Amount: $0.00

**Comments:** 24-MC-186 NEW CASE FOR ATTY MIRIAM TAUBER NEW CONCEPT ENERGY, INC V. GUY GENTILE, ET AL

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.