

RECEIVED CASHIER
CLERK'S OFFICE USDC PR
2024 MAY 15 PM 3:30

809   A

Align top of FedEx Express® shipping label here.



ORIGIN ID:FLUA          (323) 790-4881     SHIP DATE: 09MAY24
MIRIAM TAUBER                              ACTWGT: 0.25 LB
MIRIAM TAUBER                             CAD: 108320482/INET4730
885 PARK AVENUE
2A
NEW YORK, NY 10075 US                      BILL SENDER
SIGN: MIRIAM TAUBER                        NO EEI 30.37(a)

TO CLERK OF COURT
   U.S. DISTRICT COURT-D. PUERTO RICO
   300 RECINTO SUR. SUITE 325
   JOSE V. TOLEDO U.S. COURTHOUSE
   SAN JUAN PR 00901
   (323) 790-4881        REF: GENTILE PR REGISTRATION          (US)
   INV
   PO                              DEPT

FedEx
Express                    E

FedEx
TRK#
8438  7763 0956 9911

                    FRI - 10 MAY A5
                  MON - 13 MAY A5
                    INTL PRIORITY

XQ  NRRA                    00901
                            PR-US
                            SJU

4034023 10May2024 FBTA 581G3/C137/C068