AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | | |
|---|---|---|
| New Concept Energy, Inc. <br> *Plaintiff* <br> v. <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) | Case No.  3:24-mc-186 (GMM) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff New Concept Energy, Inc.

Date:  07/02/2024

*Attorney's signature*

Miriam Tauber (admitted pro hac vice)
*Printed name and bar number*

Miriam Tauber Law PLLC
885 Park Ave #2A
New York NY 10075

*Address*

MiriamTauberLaw@gmail.com
*E-mail address*

(323) 790-4881
*Telephone number*

*FAX number*