UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| New Concept Energy, Inc.<br><br>v.<br><br>Gentile et al | MISC. CASE NO: 24-186 (GMM) |

NOTICE OF DEFECTIVE PLEADING
(Notificación de Documento Defectuoso)

The Clerk of Court has received your pleading on January 8, 2026. However, the deficiencies listed below have prevented us from filing the same in the case docket. You must submit a corrected pleading if you want it to form part of the record.

La Secretaría del Tribunal recibió su escrito el 8 de enero de 2026. No obstante, las deficiencias abajo señaladas nos impiden aceptarlo y entrarlo en el sumario del caso. Usted debe someter un escrito debidamente corregido si quiere que el mismo forme parte del expediente.

| # | | Reason |
|---|---|---|
| 1 | | Pleading is illegible. L.Civ.R. 10<br>(El escrito radicado es illegible o no cumple con la R.L.Civ. 10) |
| 2 | **X** | **Lacks proper signature. Documents presented to the court in paper require a handwritten signature. L.Civ.R. 11.**<br><br>**(Documento no firmado adecuadamente. Los documentos sometidos en papel tienen que estar firmados a mano. R.L.Civ. 11)** |
| 3 | | Civil Cover Sheet (JS44) and Category Sheet not included. L.Civ.R. 3.1(a)<br>(No se incluyeron la Hoja de Trámite Civil [JS44] y la Hoja de Categoría. R.L.Civ. 3.1(a)) |
| 4 | | Pleading or document is not in the English language and plaintiff has not moved for permission to file pleading in the Spanish language. L.Civ.R. 5<br>(La petición o el documento no está en el idioma inglés y el/la demandante no ha solicitado permiso para radicar la petición en el idioma español. R.L.Civ. 5) |
| 5 | | Other Reason:<br>(Otra Razón:) |

Date: January 12, 2026

ADA I. GARCIA-RIVERA ESQ.
Clerk of Court

***S/ Marie Gonzalez***
Marie Gonzalez
Deputy Clerk